REBEKAH BAUMGARDNER
Nevada Bar No. 10893
LAW OFFICE OF
REBEKAH L. BAUMGARDNER
808 S. Seventh Street
Las Vegas, NV  89101
Telephone: (702) 410-8555
Facsimile:  (702) 410-8556

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| IRA CARTER,<br><br>     Plaintiff,<br><br>v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT,<br><br>     Defendant. | Case No:  2:10-cv-00272-RCJ-PAL<br><br>**EX-PARTE MOTION TO REMOVE COUNSEL FROM CM/ECF SERVICE LIST AND REQUEST TO DISCONTINUE NOTICE AND SPECIAL NOTICE**<br><br>**<u>AND ORDER</u>** |

REBEKAH L. BAUMGARDNER, ESQ., of the law firm of LAW OFFICE OF REBEKAH L. BAUMGARDNER formerly with Nelson Law, brings this Ex-Parte Motion to Remove Counsel from CM/ECF Service List and Request for Discontinuation of Notice of Special Notice. As former counsel, it is no longer necessary that counsel receive CM/ECF Notice.

///

///

///

///

///

Counsel request to be removed from the CM/ECF Service List and from the mailing matrix on all service lists in the above-referenced matter.

DATED this 2nd day of February 2011.

**LAW OFFICE OF REBEKAH L. BAUMGARDNER**

/s/Rebekah L. Baumgardner
REBEKAH L. BAUMGARDNER
Nevada Bar No. 10855
808 S. Seventh Street
Las Vegas, NV 89101

## ORDER

**HAVING READ** the foregoing Ex-Parte Motion to Remove Counsel from CM/ECF Service List and Request to Discontinue Notice and Special Notice, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that the Clerk of the Court will remove counsel from the CM/ECF Service list and from the mailing matrix on all service lists in the above-entitled matter.

DATED this 3rd day of February, 2011.

_____
Gloria M. Navarro
United States District Judge