**Marquis Aurbach Coffing**
NICK D. CROSBY, ESQ.
Nevada Bar No. 8996
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
ncrosby@marquisaurbach.com
   Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| IRA CARTER, an individual, | |
| Plaintiff, | Case No.:  2:10-cv-00272-GMN-PAL |
| vs. | |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT | |
| Defendant. | |

**STIPULATION AND ORDER TO DISMISS**

Defendant, the Las Vegas Metropolitan Police Department, through its attorney of record, Nick D. Crosby, Esq., with the law firm of Marquis Aurbach Coffing, and Plaintiff, Ira Carter by and through his attorney of record, Sharon Nelson, Esq. with the law firm of Nelson Law hereby agree and stipulate as follows:

IT IS STIPULATED that the above-entitled action is hereby dismissed with prejudice.

IT IS FURTHER STIPULATED that each party will bear its own attorney fees and costs.

IT IS SO STIPULATED this 15th day of March, 2012.

| NELSON LAW | MARQUIS AURBACH COFFING |
|---|---|
| /s/ Sharon L. Nelson, Esq. | /s/ Nick D. Crosby, Esq. |
| Sharon L. Nelson, Esq. | Nick D. Crosby, Esq. |
| Nevada Bar No. 6433 | Nevada Bar No. 8996 |
| 8670 W. Cheyenne Ave., Suite 120 | 10001 Park Run Drive |
| Las Vegas, Nevada 89129 | Las Vegas, Nevada  89145 |
| Attorney for Plaintiff | Attorney(s) for Defendant |

M&A:05166-443 1581604_1 3/15/2012 2:24 PM

**ORDER**

Pursuant to the above-stipulation, United States District Court Case No. 2:10-cv-00272-GMN-PAL is hereby dismissed with prejudice, and each party will bear its own attorney fees and costs.

**IT IS SO ORDERED** this 19th day of March, 2012.

_____
Gloria M. Navarro
United States District Judge

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

M&A:05166-443 1581604_1 3/15/2012 2:24 PM